McGREGOR W. SCOTT
United States Attorney
MICHAEL W. REDDINT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIO GONZALEZ,

    Defendant,

CASE NO. 2:20-MJ-0009 EFB

[PROPOSED] ORDER TO UNSEAL COMPLAINT

The government's request to unseal the complaint and this case is GRANTED.

Dated: Jan 16, 2020

HON. ~~EDMUND F. BRENNAN~~ KENDALL J. NEWMAN
U.S. Magistrate Judge