AO 442 (Rev. 11/11) (modified) Arrest Warrant

Case 2:20-cr-00013-WBS   Document 12   Filed 01/21/20   Page 1 of 1

1:20-MJ-0196

FILED IN - SEALED

JAN 21 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

RECEIVED
UNITED STATES MARSHAL
2020 JAN 14  AM 10: 2
EASTERN DISTRICT
OF CALIFORNIA

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

United States of America
v.

MARIO GONZALEZ

*Defendant*

Case No.

2:20-cr-0013 WBS

2:20-MJ-0009-EFB

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MARIO GONZALEZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18. U.S.C. Section 922(g)(1) - Felon in Possession of a Firearm

Date: 1-14-2020

*Issuing officer's signature*

City and state:  Sacramento, California      Edmund F. Brennan, United States Magistrate Judge
*Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* JAN 1 4 2020, and the person was arrested on *(date)* JAN 1 7 2020 at *(city and state)* STOCKTON, CA | |
| Date: JAN 1 7 2020 | *Arresting officer's signature* |
| | B. Ezell    ATF TFO |
| | *Printed name and title* |