McGREGOR W. SCOTT
United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO GONZALEZ,<br><br>Defendant. | CASE NO. 2:20-CR-13-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 5, 2020<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 5, 2020.

2. The defendant intends to file a Motion to Suppress.

3. By this stipulation, defendant now moves to continue the status conference and set it for evidentiary hearing on the Motion to Suppress on December 15, 2020 at 10:00 a.m., and to exclude time between October 5, 2020, and December 15, 2020, under Local Codes E and T4. In the event the Court rules on the motion without need for an evidentiary hearing, the December 15, 2020 date will revert to a status date.

4. The parties agree and stipulate, and request that the Court find the following:

   a) The defendant intends to file a Motion to Suppress Evidence in this matter.

1    b)     The parties have conferred with the Court and propose the following schedule for
2    the defendant's Motion to Suppress:
3         October 19, 2020 – date by which defendant must file Motion to Suppress
4         November 16, 2020 – date by which government must file its Response
5         November 30, 2020 – date by which defendant must file his Reply, if any
6         December 15, 2020 – date of evidentiary hearing and argument, if any
7    c)     Additionally, the government has represented that the discovery associated with
8    this case includes video/audio recordings and written reports. The government has provided
9    extensive discovery in the form of these recordings and reports. The government recently
10   provided additional discovery in response to defense counsel's request.
11   d)     Counsel for defendant also desires additional time to review discovery, consult
12   with his client, research his criminal history, pursue further investigation, discuss possible
13   resolution with the assigned AUSA, file the aforementioned motion, prepare for any evidentiary
14   hearing, and otherwise prepare for trial.
15   e)     Counsel for defendant believes that failure to grant the above-requested
16   continuance would deny him the reasonable time necessary for to file and litigate the Motion to
17   Suppress Evidence. Counsel for defendant also believes that failure to grant the above-requested
18   continuance would deny him the reasonable time necessary for effective preparation, taking into
19   account the exercise of due diligence.
20   f)     The government does not object to the continuance.
21   g)     Based on the above-stated findings, the ends of justice served by continuing the
22   case as requested outweigh the interest of the public and the defendant in a trial within the
23   original date prescribed by the Speedy Trial Act.
24   h)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
25   et seq., within which trial must commence, the time period of October 5, 2020 to December 15,
26   2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D) [Local Code E]
27   because it results from a pretrial motion, from the filing of the motion through the conclusion of
28   the hearing on or prompt disposition of the motion. Furthermore, for the purpose of computing

time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 5, 2020 to December 15, 2020, inclusive, is also deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 30, 2020                    McGREGOR W. SCOTT
                                              United States Attorney

                                              /s/ MICHAEL W. REDDING
                                              MICHAEL W. REDDING
                                              Assistant United States Attorney

Dated:  September 30, 2020                    /s/ Douglas Beevers
                                              Douglas Beevers
                                              Counsel for Defendant
                                              MARIO GONZALEZ

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  October 1, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE