HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIO GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARIO GONZALEZ.,<br><br>    Defendant. | Case No.  2:20-cr-00013-WBS<br><br>STIPULATION AND ORDER TO CONTINUE MOTION HEARING<br><br>Date: December 15, 2020<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |

    IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through, Michael Redding, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorneys for Mario Gonzalez, that defendant requests that the motion hearing scheduled for December 15, 2020 be vacated and continued to January 12, 2021 at 10:00 a.m., and that time between December 15, 2020 and January 12, 2021, be excluded under Local Code T4.

    Defense requests more time to ensure that all parties and the Court have adequate time to review all relevant exhibits and authorities so that the hearing may be conducted by remote appearance. Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to defense counsel's motion to continue.
Stipulation and Proposed Order to Continue Status Conference     -1-

1   Based upon the foregoing, the parties agree that for purposes of calculating time under the Speedy Trial Act the time period from December 15, 2020 through and including January 12, 2021, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), (B)(iv)[Local Code T4] and General Order 479 because it results from a continuance granted by the Court at the defendant's request for the purposes of continuity of counsel and defense preparation, and the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: November 9, 2020          Respectfully submitted,

                                 HEATHER E. WILLIAMS
                                 Federal Defender

                                 *Douglas Beevers*
                                 DOUGLAS BEEVERS
                                 Assistant Federal Defender
                                 Attorney for MARIO GONZALEZ

DATED: November 9, 2020          McGREGOR W. SCOTT
                                 United States Attorney

                                 */s/Michael Redding*
                                 MICHAEL REDDING
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a motion hearing on **January 12, 2021, at 10:00 a.m.** The Court further orders the time from December 15, 2020 up to and including January 12, 2021, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7)(A), B(iv)[Local Code T4].

Dated: November 9, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE