HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIO GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:20-cr-00013-WBS |
| Plaintiff, | STIPULATION AND ORDER TO AMEND BREIFING SCHEDULE |
| v. | |
| MARIO GONZALEZ, | Date: November 2, 2020 |
| Defendants. | Time: 2:00 p.m. |
| | Judge: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Michael Redding, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for MARIO GONZALEZ, that the parties to the case stipulate that the briefing schedule be amended as follows:

Defense would have until November 5, 2020, to file pretrial motions, and the United States would have until December 2, 2020, to file an opposition.  Defense would have until December 8, 2020, to file any reply.  The hearing on the motion would remain on December 15, 2020, unless changed by the Court.

///

///

///

///

Stipulation and Order                                   -1-

DATED: November 5, 2020

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for MARIO GONZALEZ

DATED: November 5, 2020

MCGREGOR W. SCOTT
United States Attorney

*/s/ Michael Redding*
MICHAEL REDDING
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

In consideration of the stipulation of the parties it is ORDERED that Defense shall file any pretrial motions by November 5, 2020. The Government's Opposition shall be due on December 8, 2020. The Defendant's reply shall be due on December 8, 2020. The hearing date is continued from Tuesday, December 15, 2020 to Tuesday, January 12, 2021 at 10:00 am.

Dated: November 9, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE