1 HEATHER E. WILLIAMS, #122664
Federal Defender
2 DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, CA  95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
MARIO GONZALEZ
6

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| UNITED STATES OF AMERICA, | ) | Case No.  2:20-cr-00013-WBS |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE MOTION HEARING AND BRIEFING SCCHEDULE |
| v. | ) ) | |
| MARIO GONZALEZ., | ) ) | Date: January 12, 2021 |
| Defendant. | ) ) ) | Time: 10:00 a.m. Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through, Michael Redding, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorneys for Mario Gonzalez, that defendant requests that the hearing on the motion to suppress scheduled for January 12, 2021 be vacated and continued to February 2, 2021 at 10:00 a.m., and that time between January 12, 2021 and February 2, 2021, be excluded under Local Code T4.

As grounds for the stipulation, the parties received relevant evidence on December 7, 2020, and further briefing and declarations may be needed to avoid the need for a live hearing.

The parties stipulate that both parties would have until December 15, 2020, to file any pleadings including the Defense reply, and the Government would have until January 4, 2020 to file any declarations which might avoid the need for an evidentiary hearing.

Defense and the Government required more time to investigate the facts related to this motion which were delayed by office closures due to the COVID-19 pandemic.  Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to defense counsel's motion to continue the hearing..

Based upon the foregoing, the parties agree that for purposes of calculating time under the Speedy Trial Act the time period from January 12, 2021 through and including February 2, 2021, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), (B)(iv)[Local Code T4] and General Order 479 because it results from a continuance granted by the Court at the defendant's request for the purposes of continuity of counsel and defense preparation, and the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: December 15, 2020          Respectfully submitted,

                                  HEATHER E. WILLIAMS
                                  Federal Defender

                                  *Douglas Beevers*
                                  DOUGLAS BEEVERS
                                  Assistant Federal Defender
                                  Attorney for MARIO GONZALEZ

DATED: December 15, 2020          McGREGOR W. SCOTT
                                  United States Attorney

                                  */s/Michael Redding*
                                  MICHAEL REDDING
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the parties shall have until December 15, 2020 to file additional pleadings, and the Government shall have until January 4, 2021 to file declarations. The Court orders that the hearing on the motion to suppress is reset for **February 2, 2021 at 10:00 a.m.** The Court further orders the time from January 12, 2021 up to and including February 2, 2021, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7)(A), B(iv)[Local Code T4].

Dated:  December 16, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE