MCGREGOR W. SCOTT
United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>MARIO GONZALEZ,<br><br>                    Defendant. | CASE NO. 2:20-CR-13-WBS<br><br>STIPULATION REGARDING DEADLINE TO FILE DECLARATIONS<br><br>DATE: February 2, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

The Parties are appear before the Court for a Motion to Suppress on February 2, 2021 at 10:00 a.m.  Time has been excluded up to and including that date pursuant to the Speedy Trial Act.  By previous order the government had until January 4, 2021 to file any factual declarations that might be needed in lieu of an evidentiary hearing.  One declaration has been delayed due to the holiday season and the parties are in agreement that further time is necessary and appropriate to file such a declaration, and that such an extension would not affect the disposition of the case.

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the government was to file any necessary evidentiary declarations by January 4, 2021.

2. By this stipulation, the defendant and the government now stipulate that the government

will have until January 18, 2021 to file any necessary evidentiary declarations.

3. This stipulation does not affect the hearing date of February 2, 2021 and no Speedy Trial Act Exclusions are necessary at this time.

IT IS SO STIPULATED.

Dated:  January 4, 2021                              McGREGOR W. SCOTT
                                                     United States Attorney


                                                     /s/ MICHAEL W. REDDING
                                                     MICHAEL W. REDDING
                                                     Assistant United States Attorney


Dated:  January 4, 2021                              /s/ Douglas Beevers
                                                     Douglas Beevers
                                                     Counsel for Defendant
                                                     MARIO GONZALEZ


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  January 5, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE