UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-cr-13 WBS |
| Plaintiff, | |
| v. | ORDER |
| MARIO GONZALEZ, | |
| Defendant. | |

----oo0oo----

    Defendant has filed a motion to suppress set for hearing on February 2, 2021. (Docket No. 27.) Defendant's request, in the motion, for an evidentiary hearing is hereby GRANTED. At the February 2, 2021 hearing, the parties shall be prepared to call via Zoom any witnesses they wish to have testify in support of or in opposition to the motion to suppress.

    IT IS SO ORDERED.

Dated: January 22, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1