HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIO GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:20-cr-00013-WBS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| MARIO GONZALEZ., | Date: April 12, 2021 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney through, Michael Redding, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorneys for Mario Gonzalez, that defendant requests that the status conference scheduled for April 12, 2021 be vacated and continued to May 24, 2021 at 9:00 a.m., and that time between April 12, 2021 and May 24, 2021, be excluded under Local Code T4.

Defense requires more time to investigate which is more difficult due to the COVID-19 pandemic, and review discovery with the defendant which has also proven difficult due to the COVID-19 pandemic.  Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to defense counsel's motion to continue.

1    Based upon the foregoing, the parties agree that for purposes of calculating time under

2  the Speedy Trial Act the time period from April 12, 2021 through and including May 24, 2021, is

3  deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), (B)(iv)[Local Code T4] and General

4  Order 479 because it results from a continuance granted by the Court at the defendant's request

5  for the purposes of continuity of counsel and defense preparation, and the Court's finding that

6  the ends of justice served by taking such action outweigh the best interest of the public and

7  defendant in a speedy trial.

8    Nothing in this stipulation and order shall preclude a finding that other provisions of the

9  Speedy Trial Act dictate that additional time periods are excludable from the period within which

10  a trial must commence.

11    IT IS SO STIPULATED.

12  DATED: April 7, 2021                    Respectfully submitted,

13

14                                          HEATHER E. WILLIAMS
                                            Federal Defender
15

16                                          *Douglas Beevers*
                                            DOUGLAS BEEVERS
17                                          Assistant Federal Defender
                                            Attorney for MARIO GONZALEZ
18
     DATED: April 7, 2021                   PHILLIP A. TALBERT
19                                          Acting United States Attorney

20                                          */s/Michael Redding*
                                            MICHAEL REDDING
21                                          Assistant United States Attorney
                                            Attorney for Plaintiff
22

23

24

25

26

27

28

1

<u>ORDER</u>

2

      The Court, having received, read, and considered the stipulation of the parties, and good

3

cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds

4

that the failure to grant a continuance in this case would deny defense counsel reasonable time

5

necessary for effective preparation, taking into account the exercise of due diligence.  The Court

6

finds the ends of justice served by granting the continuance outweigh the best interests of the

7

public and defendant in a speedy trial.

8

      The Court orders a status conference on May 24, 2021, at 9:00 a.m.  The Court further

9

orders the time from April 12, 2021 up to and including May 24, 2021, excluded from

10

computation of time within which the trial of this case must commence under the Speedy Trial

11

Act, pursuant to 18 U.S.C. §§3161(h)(7)(A), B(iv)[Local Code T4].

12

13

Dated:  April 8, 2021

14

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28