HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIO GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-cr-00013-WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE |
| v. | ) |
| MARIO GONZALEZ., | ) Date: May 24, 2021 ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. William B. Shubb ) |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney through, Michael Redding, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorneys for Mario Gonzalez, that defendant requests that the status conference scheduled for May 24, 2021 be vacated and continued to June 14, 2021 at 9:00 a.m., and that time between May 24, 2021 and June 14, 2021, be excluded under Local Code T4.

Defense requires more time to investigate which is more difficult due to the COVID-19 pandemic, and review discovery with the defendant which has also proven difficult due to the COVID-19 pandemic. Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to defense counsel's motion to continue.

Stipulation and Order to Continue Status Conference                -1-

Based upon the foregoing, the parties agree that for purposes of calculating time under the Speedy Trial Act the time period from May 24, 2021 through and including June 14, 2021, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), (B)(iv)[Local Code T4] and General Order 479 because it results from a continuance granted by the Court at the defendant's request for the purposes of continuity of counsel and defense preparation, and the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: May 19, 2021  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for MARIO GONZALEZ

DATED: May 19, 2021  PHILLIP A. TALBERT
Acting United States Attorney

*/s/Michael Redding*
MICHAEL REDDING
Assistant United States Attorney
Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Moreover, the ongoing COVID-19 pandemic has led to the suspension of jury trials in this district since March 17, 2020, and the General Orders of this court issued in connection with the pandemic allow for continuances and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), with no further findings required. General Orders 611, 612, 617, and 618. Additionally, the April 16, 2020 Order of the Judicial Council of the Ninth Circuit suspended the time limits of 18 U.S.C. § 3161(c) due to a judicial emergency in this district until May 2, 2021. See In re Approval of the Judicial Emergency Decl. in the E. Dist. of Cal., 956 F.3d 1175 (9th Cir. Judicial Council 2020).

The Court orders a status conference on June 14, 2021, at 9:00 a.m. The Court further orders the time from May 24, 2021 up to and including June 14, 2021, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7)(A), B(iv)[Local Code T4].

Dated: May 21, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE