PHILLIP A. TALBERT
Acting United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>MARIO GONZALEZ,<br><br>                    Defendant. | CASE NO. 2:20-CR-00013-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 18, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on October 18, 2021.

2. The government moves to continue the status conference until December 13, 2021, and to exclude time between October 18, 2021, and December 13, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes photographs, several video and audio recordings, reports, prior arrest reports, and documentation of the defendant's prior criminal history. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for the government has recently changed. Previous government counsel

left the United States Attorney's Office and withdrew from the above-captioned case, and the undersigned counsel therefore entered his appearance in this case on September 22, 2021.

      c) In light of this change, the government desires additional time to review the discovery already produced in this case, to discuss the case with the assigned case agent and defense counsel, to review the previous filings and orders entered in this case, and to otherwise prepare for trial.

      d) Counsel for the government and the defendant agree to the upcoming date of December 13, 2021, the next date that both counsel and the Court are available.

      e) Counsel for the government and the defendant agree that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      f) Neither the government, nor the defendant object to the continuance.

      g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 18, 2021 to December 13, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the government's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 13, 2021                PHILLIP A. TALBERT
                                       Acting United States Attorney


                                       /s/ AARON D. PENNEKAMP
                                       AARON D. PENNEKAMP
                                       Assistant United States Attorney


Dated: October 13, 2021                /s/ MARIA PADGETT
                                       MARIA PADGETT
                                       Counsel for Defendant
                                       MARIO GONZALEZ


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: October 14, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE