Maria Padgett SBN 268584
PADGETT LAW FIRM
402 West Broadway, Suite 400
San Diego, CA 92101
1(855) 440-0270
mpadgett@padgettfirm.com

ATTORNEY FOR DEFENDANT, MARIO ORTEGA GONZALEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MARIO ORTEGA GONZALEZ,<br><br>          Defendant. | Case No. 2:20-CR-0013 WBS<br><br>ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS DEFENSE ATTORNEY<br><br>DATE: December 13, 2021<br>TIME: 9:00am<br>THE HONORABLE WILLIAM B. SHUBB |
|---|---|

ORDER GRANTING MOTION

1   The court having considered the moving papers and the
2 applicable law; having heard testimony in camera from Ms.
3 Padgett, Assistant Federal Defender Douglas Beevers, and the
4 defendant; and good cause appearing therefor, Maria Padgett's
5 Motion For Leave To Withdraw as Defense Attorney is GRANTED.
6   Maria Padgett is hereby relieved as counsel for defendant,
7 the Federal Defender shall make arrangements for defendant to be
8 represented by a panel attorney, and the matter is continued to
9 December 20, 2021, at 9:00 a.m. for status conference.  Defendant
10 shall appear by Zoom with new counsel at that time.
11   IT IS SO ORDERED.
12 Dated:   December 13, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER GRANTING MOTION