PHILLIP A. TALBERT
Acting United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00013 WBS |
| Plaintiff, | ORDER |
| v. | |
| MARIO GONZALEZ, | |
| Defendant. | |

**ORDER**

The Court has heard from the parties and Defendant Mario Gonzalez concerning defense counsel's motion to withdraw as counsel in the above-captioned case. Based on the information learned at the hearing, and after considering the written record, the Court granted the motion to withdraw, determined that the defendant qualifies for representation by court-appointed counsel, and set a further hearing regarding the status of counsel for December 20, 2021 at 9:00 a.m.

At the hearing, the government moved to exclude time through the new status hearing date from the Speedy Trial Act time calculations based on Local Code T4, arguing that the defendant is entitled to a reasonable period of time to obtain new counsel. After hearing from the government and the defendant, the Court found that it was reasonable to exclude time through at least the December 20, 2021 hearing, because the defendant needs time to find new counsel, because the defendant has

indicated that he does not want his current counsel or his former federal defender to represent him, and because he will need representation prior to trial.

Based on this hearing, and for the additional reasons stated on the record at the hearing, the Court finds that the interests of justice are best served by continuing the status conference to December 20, 2021 and excluding time through that date, and that those interests outweigh the interests of the public and the defendant in a speedy trial. Accordingly,

IT IS HEREBY ORDERED that the government's motion to exclude time is GRANTED; and

IT IS FURTHER ORDERED that time shall be excluded from the speedy trial time calculations from today's date through December 20, 2021 pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4.

IT IS SO ORDERED.

Dated:  December 13, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE