PHILLIP A. TALBERT
Acting United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO GONZALEZ,<br><br>Defendant. | CASE NO. 2:20-CR-00013-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 20, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this Court granted previous counsel's motion to withdraw as counsel for defendant and set this matter for a status conference concerning the appointment of new defense counsel on December 20, 2021.

2. On December 13, 2021, this Court signed an order appointing the undersigned defense counsel to represent the defendant in this matter.

3. Accordingly, the defendant moves to continue the previously scheduled status conference until February 14, 2022 at 900 a.m., and to exclude time between December 20, 2021, and February 14, 2022, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes photographs, several video and audio recordings, reports, prior arrest reports, and documentation of the defendant's prior criminal history. All of this discovery has been either produced directly to defendant's previous counsel and/or made available for inspection and copying. Defendant's new counsel is presently making arrangements to gain access to, and review, this discovery.

b) Counsel for the defendant has recently changed. Previous defense counsel filed a motion to withdraw as counsel of record, and this Court granted that motion, appointing the undersigned to represent defendant on December 13, 2021.

c) In light of this change, the defendant desires additional time to review the discovery already produced in this case, to investigate the facts of the case and defendant's criminal history, to discuss the case and case strategy with the defendant, to review the previous filings and orders entered in this case, and to otherwise prepare for trial.

d) Counsel for the government and the defendant have met and conferred and agreed to continue the status hearing in this case until February 14, 2022, the next date that both counsel and the Court are available.

e) Counsel for the government and the defendant agree that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f) Neither the government, nor the defendant object to the continuance.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 20, 2021 to February 14, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh

the best interest of the public and the defendant in a speedy trial.

5.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 15, 2021    PHILLIP A. TALBERT
Acting United States Attorney

/s/ AARON D. PENNEKAMP
AARON D. PENNEKAMP
Assistant United States Attorney

Dated:  December 15, 2021    /s/ CHRIS COSCA
CHRIS COSCA
Counsel for Defendant
MARIO GONZALEZ

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  December 17, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE