1    PHILLIP A. TALBERT
     United States Attorney
2    AARON D. PENNEKAMP
     Assistant United States Attorney
3    501 I Street, Suite 10-100
     Sacramento, CA 95814
4    Telephone:  (916) 554-2700
     Facsimile:   (916) 554-2900
5
     Attorneys for Plaintiff
6    United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            CASE NO.  2:20-CR-00013 WBS

12                      Plaintiff,         ORDER

13              v.

14   MARIO GONZALEZ,

15                      Defendant.

16

17

18                              **ORDER**

19        The Court heard from Defendant Mario Gonzalez, counsel for the defendant, and counsel for the

20   government at a status conference held in this case on June 6, 2022.  At that hearing, the defendant

21   requested to continue the status conference in this case until July 11, 202, and the defendant moved to

22   exclude time through that date under Local Code T4.  Specifically:  The defendant needed additional

23   time to conduct investigation concerning his case, to review additional discovery, and to resolve certain

24   discovery issues.  Based on this information, the Court found that it would exclude time under the

25   Speedy Trial Act pursuant to Local Code T4.  *See* Dkt. No. 91.

26        Based on this hearing, and for the additional reasons stated on the record at the hearing, the

27   Court finds that the interests of justice are best served by continuing the status conference to July 11,

28   2022, and excluding time through that date, and that those interests outweigh the interests of the public

                                      1
     PROPOSED ORDER

1    and the defendant in a speedy trial.  Accordingly,

2          IT IS HEREBY ORDERED that the defendant's motion to exclude time is GRANTED; and

3          IT IS FURTHER ORDERED that time shall be excluded from the speedy trial time calculations

4    from June 6, 2022 through July 11, 2022 pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4.

5          IT IS SO ORDERED.

6

7    Dated:  June 7, 2022

WILLIAM B. SHUBB
8                                              UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER                                          2