PHILLIP A. TALBERT
United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00013 WBS |
| Plaintiff, | ORDER |
| v. | |
| MARIO GONZALEZ, | |
| Defendant. | |

**ORDER**

The Court heard from Defendant Mario Gonzalez, counsel for the defendant, and counsel for the government at a status conference held in this case on July 11, 2022. At that hearing, the parties jointly requested to continue the status conference in this case until August 29, 2022, and the parties agreed to exclude time through that date under Local Code T4. Specifically: The defendant needed additional time to conduct investigation concerning his case, to review additional discovery related to the defendant's cell phone, and to explore potential resolutions of this case with the government. Moreover, counsel for the defendant proffers that he is starting trial in another case on July 18, 2022, and that this trial is expected to last as long as three weeks. Based on this information, the Court found that it would exclude time under the Speedy Trial Act pursuant to Local Code T4. *See* Dkt. No. 95.

Based on this hearing, and for the additional reasons stated above, the Court finds that the

interests of justice are best served by continuing the status conference to August 29, 2022, and excluding time through that date, and that those interests outweigh the interests of the public and the defendant in a speedy trial.  Accordingly,

    IT IS HEREBY ORDERED that the defendant's motion to exclude time is GRANTED; and

    IT IS FURTHER ORDERED that time shall be excluded from the speedy trial time calculations from July 11, 2022 through August 29, 2022 pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4.

    IT IS SO ORDERED.

Dated:  July 11, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE