PHILLIP A. TALBERT
United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>           v.<br><br>MARIO GONZALEZ,<br><br>                     Defendant. | CASE NO. 2:20-CR-00013 WBS<br><br>ORDER |

**ORDER**

The Court heard from Defendant Mario Gonzalez, counsel for the defendant, and counsel for the government at a status of counsel conference held in this case on August 29, 2022. At that hearing, the Court granted the defendant's request to allow the appointed defense counsel to withdraw from the case and directed the defendant to continue his efforts to attempt to retain new counsel. The Court also directed the just-relieved defense counsel to communicate with the Federal Public Defender's Office to ensure that the defendant is represented if he is not able to retain counsel of his choice. The Court further found that time should be excluded from the speedy trial calculations under Local Code T4, in order to give the defendant a reasonable amount of time to find counsel to represent him and/or be assigned new appointed counsel. No party objected to this exclusion of time.

Based on this hearing, the Court finds that the interests of justice are best served by continuing

this matter to September 12, 2022, and excluding time through that date, and that those interests outweigh the interests of the public and the defendant in a speedy trial.  Accordingly,

IT IS HEREBY ORDERED upon the Court's own motion that time shall be excluded from the speedy trial time calculations from August 29, 2022 through September 12, 2022 pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4.

IT IS SO ORDERED.

Dated:  August 30, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE