IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case №: 2:20-cr-00013 WBS |
| Plaintiff, ) | |
| ) | **O R D E R** |
| vs. ) | **APPOINTING COUNSEL** |
| ) | |
| MARIO GONZALEZ, ) | |
| ) | |
| Defendant. ) | |

The court relieved Christopher Cosca at the August 29, 2022 hearing. CJA Panel attorney Tamara Soloman is hereby appointed effective August 29, 2022, the date the Office of the Federal Defender contacted her. Counsel shall be present at the next hearing now set for September 12, 2022 at 9:00 a.m.

Dated: September 1, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE