PHILLIP A. TALBERT
United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00013 WBS |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MARIO GONZALEZ, | |
| Defendant. | |

**ORDER**

The Court heard from Defendant Mario Gonzalez, counsel for the defendant, and counsel for the government at a status conference held in this case on September 12, 2022. At that hearing, the Court confirmed that Ms. Tamara Soloman was the newly appointed defense counsel of record and asked defense counsel how the defendant would like to proceed in this case. Defense counsel indicated that she would like to continue the status conference until November 2022 to give her time to review discovery and prepare the defendant's case, but the government requested that the Court set a trial date. *See* Dkt. No. 106. Accordingly, the Court set a jury trial in this matter to begin on January 10, 2023, and it set a trial confirmation hearing for December 12, 2022. Moreover, upon motion of the government, the Court agreed to exclude time from the speedy trial calculations though the just-set January 10, 2023 trial date under Local Code T4 in light of the need for newly appointed defense counsel to review

discovery and prepare for trial.  Defense counsel agreed on the record at the September 12, 2022 hearing that this time exclusion was appropriate.

Based on the representations made at this September 12, 2022 hearing, and for the additional reasons stated in this order, the Court finds that the interests of justice are best served by continuing this matter to January 10, 2023, and excluding time through that date, and that those interests outweigh the interests of the public and the defendant in a speedy trial.  Accordingly,

IT IS HEREBY ORDERED that the government's unopposed motion to exclude time is GRANTED; and

IT IS FURTHER ORDERED that time shall be excluded from the speedy trial time calculations from September 12, 2022 through January 10, 2023 pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4.

IT IS SO ORDERED.

Dated:  September 16, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE