IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| U.S. | Case №: 2:20-00013-WBS |
| v. | **O R D E R**<br>**APPOINTING COUNSEL**<br>**(return to FD - not for public docket)** |
| Mario Gonzalez | |

The above named defendant has satisfied this Court that he/she is financially unable to obtain counsel and seeks a second opinion/limited consultation. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Tasha Chalfant is appointed to represent the above defendant in this case effective *nunc pro tunc* to October 17, 2022.

This appointment shall remain in effect until further order of this court.

Dated:  February 23, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE