PHILLIP A. TALBERT
United States Attorney
AARON D. PENNEKAMP
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO GONZALEZ,<br><br>Defendant. | CASE NO. 2:20-CR-00013 WBS<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE<br><br>DATE: March 20, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on March 20, 2023.

2. By this stipulation, the parties now move to continue the judgment and sentencing hearing until June 26, 2023. The parties understand that this date is available to the Court for a continued judgment and sentencing hearing.

3. The assigned probation officer is working to complete the presentence investigation process, and an extended timeline for the presentence report is necessary. Moreover, the parties desire additional time to conduct investigation of matters that may be relevant to sentencing.

///

4. It is therefore requested that the PSR and judgment and sentencing schedule be modified as follows:

| | | | |
|---|---|---|---|
| | a) | Proposed Presentence Report Due: | May 15, 2023 |
| | b) | Written Objections to Presentence Report Due: | May 31, 2023 |
| | c) | Presentence Report Due: | June 7, 2023 |
| | d) | Motion for Correction of Presentence Report Due: | June 14, 2023 |
| | e) | Reply or Statement Due: | June 20, 2023 |
| | f) | Judgment and Sentencing: | **June 26, 2023, 9:00 a.m.** |

IT IS SO STIPULATED.

Dated: March 15, 2023                                    PHILLIP A. TALBERT
                                                        United States Attorney


                                                        /s/ AARON D. PENNEKAMP
                                                        AARON D. PENNEKAMP
                                                        EMILY G. SAUVAGEAU
                                                        Assistant United States Attorneys


Dated: March 15, 2023                                    /s/ TAMARA SOLOMAN
                                                        TAMARA SOLOMAN
                                                        TASHA CHALFANT
                                                        Counsel for Defendant
                                                        MARIO GONZALEZ


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: March 15, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING JUDGMENT AND                       2
SENTENCING SCHEDULE