PHILLIP A. TALBERT
United States Attorney
AARON D. PENNEKAMP
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARIO GONZALEZ,<br><br>    Defendant. | CASE NO. 2:20-CR-00013 WBS<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE<br><br>DATE: November 13, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on November 13, 2023.

2. By this stipulation, the parties now move to continue the judgment and sentencing hearing until February 26, 2024. The parties understand that this date is available to the Court for a continued judgment and sentencing hearing.

3. The assigned probation officer is working to complete the presentence investigation process, and an extended timeline for the presentence report is necessary. Moreover, the parties desire additional time to conduct investigation of matters that may be relevant to sentencing.

4. It is therefore requested that the PSR and judgment and sentencing schedule be modified

STIPULATION REGARDING JUDGMENT AND
SENTENCING SCHEDULE

1

as follows:

    a) Proposed Presentence Report Due: January 15, 2024

    b) Written Objections to Presentence Report Due: January 29, 2024

    c) Presentence Report Due: February 5, 2024

    d) Motion for Correction of Presentence Report Due: February 12, 2024

    e) Reply or Statement Due: February 20, 2024

    f) Judgment and Sentencing: **February 26, 2024, 9:00 a.m.**

IT IS SO STIPULATED.

Dated: November 7, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ AARON D. PENNEKAMP

AARON D. PENNEKAMP
EMILY G. SAUVAGEAU
Assistant United States Attorneys

Dated: November 7, 2023

/s/ TAMARA SOLOMAN

TAMARA SOLOMAN
TASHA CHALFANT
Counsel for Defendant
MARIO GONZALEZ

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated: November 8, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE