PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO GONZALEZ,<br><br>Defendant. | CASE NO. 2:20-CR-00013 WBS<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE<br><br>DATE: February 26, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on February 26, 2024.

2. By this stipulation, the parties now move to continue the judgment and sentencing hearing until May 6, 2024 at 9:00 a.m. The parties understand that this date is available to the Court for a continued judgment and sentencing hearing.

3. The assigned probation officer is working to complete the presentence investigation process, and an extended timeline for the presentence report is necessary. Moreover, the parties desire additional time to conduct investigation of matters that may be relevant to sentencing.

4. It is therefore requested that the PSR and judgment and sentencing schedule be modified as follows:

| | | | |
|---|---|---|---|
| a) | Proposed Presentence Report Due: | | April 1, 2024 |
| b) | Written Objections to Presentence Report Due: | | April 8, 2024 |
| c) | Presentence Report Due: | | April 15, 2024 |
| d) | Motion for Correction of Presentence Report Due: | | April 22, 2024 |
| e) | Reply or Statement Due: | | April 29, 2024 |
| f) | Judgment and Sentencing: | | May 6, 2024, 9:00 a.m. |

IT IS SO STIPULATED.

Dated: February 21, 2024          PHILLIP A. TALBERT
                                  United States Attorney

                                  /s/ EMILY G. SAUVAGEAU
                                  _____
                                  EMILY G. SAUVAGEAU
                                  JAMES R. CONOLLY
                                  Assistant United States Attorneys

Dated: February 21, 2024           /s/ TAMARA SOLOMAN
                                  _____
                                  TAMARA SOLOMAN
                                  Counsel for Defendant
                                  MARIO GONZALEZ

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: February 21, 2024          _____
                                  WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE