TAMARA SOLOMAN
Law Office of Tamara L. Soloman
P.O. Box 5482
El Dorado Hills, CA 95762
Telephone: (916) 712-8962

Attorneys for Defendant
MARIO GONZALEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARIO GONZALEZ,<br><br>    Defendant. | CASE NO. 2:20-CR-00013 WBS<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE<br><br>DATE: August 12, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Defendant, Mario Gonzalez, by and through his counsel of record, and plaintiff, by and through it's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on August 12, 2024. Mr. Gonzalez filed a motion to dismiss pursuant to *United States v. Duarte*, 101 F.4th 657 )9th Cir. 2024), setting the motion for hearing on the same date that was previously set for the judgement and sentencing. The United States moved to hold the motion to dismiss in abeyance for a period of 60 days or until the Ninth Circuit reached a decision on the government's petition for rehearing en blanc in *Duarte*. The United States Court of Appeals has scheduled oral argument for the beginning of December 2024. While the *Duarte* opinion has presently been vacated pending the rehearing en blanc, Mr. Gonzalez wishes to continue the motion hearing pending the outcome of the en blanc proceedings. The United States does not object to this requested continuance.

STIPULATION REGARDING JUDGMENT AND
SENTENCING SCHEDULE

1

2. Additional time is now necessary before the parties are prepared to proceed to sentencing. By this stipulation, the parties now move to continue the judgment and sentencing hearing until January 13, 2025.

3. The parties understand that this date is available to the Court for a continued judgment and sentencing hearing.

4. It is therefore requested that the motions hearing, and judgement and sentencing date currently scheduled for August 12, 2024 be continued to January 13, 2025, at 9:00 before this Court.

IT IS SO STIPULATED.

Dated:  August 5, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *EMILY SAUVAGEAU*
EMILY SAUVAGEAU
Assistant United States Attorney

Dated:  August 5, 2024

/s/ *TAMARA SOLOMAN*
TAMARA SOLOMAN
Counsel for Defendant
MARIO GONZALEZ

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  August 9, 2024.

CHIEF UNITED STATES DISTRICT JUDGE