1  TONY FARMANI FARMANI
   State Bar No. 211101
2  Farmani, APLC
   P.O. Box 8727
3  Rancho Santa Fe, CA 92067
   Attorney for Defendant
4  Mario Gonzalez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00013-WBS-1 |
| Plaintiff, | ORDER |
| v. | |
| MARIO GONZALEZ, | |
| Defendant. | |

Based on Defendant's appellate counsel's motion, good cause having been shown, Defendant Mario Gonzalez's appellate counsel, Tony Faryar Farmani, Esq., shall have access to the sealed portions of the transcripts for the proceedings held on May 16, 2022 (ECF No. 88), and on December 13, 2021 (ECF No. 69).

IT IS FURTHER ORDERED that the foregoing transcripts be unsealed and provided to appellate counsel Tony Faryar Farmani only and that the transcripts remain sealed for all other purposes.

IT IS SO ORDERED.

Dated: November 12, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE